UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CODY WALTERS,                          )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )   Case No. 4:13-CV-01475JCH
                                       )
DIVISION OF YOUTH SERVICES             )
OF THE STATE OF MISSOURI, et al.       )
                                       )
    Defendants.                        )

## ORDER

Defendants Division of Youth Services of the State of Missouri, Richard Stewart, Brian Hicks, Kevin Cooper, Austin Arms, Ashley Bryant, Mike Burchard, and Greg Adams filed their Motion for a Protective Order ("Defendants' Motion") requesting that the Court preclude production of certain discovery materials sought by Plaintiff in the instant litigation, or in the alternative, for the entry of a protective order with regard to those discovery materials as those materials are properly protected from disclosure by several Federal and Missouri statutes. In order to facilitate discovery in the litigation, the parties have requested that the Court expedite ruling on certain matters raised in Defendants' Motion. Accordingly, the Court grants Defendants' motion in part and denies it in part as follows:



DEFENDANT'S EXHIBIT A

1. Over Defendants' objection, the Court hereby orders Defendants to produce previously redacted materials, including Plaintiff Cody Walters' case file, timesheets, treatment logs, Department Head Meeting Minutes, Group Leader Meeting Minutes, and documents reflecting investigation of the incident at issue responsive to Request No. 10 of Plaintiff's First Request for Production of Documents to Defendants in an unredacted fashion with regard to any identifying information with regard to juvenile J.L. Any redactions of materials containing identifying information with regard to any other juvenile will be maintained. Defendants will not produce any materials identifying any individual who contacted the hotline system or relating to the identity, diagnosis, prognosis, or treatment of any juvenile which are maintained in connection with the performance of any drug abuse prevention function.

2. Over Defendants' objection, the Court hereby orders Defendants to produce Critical Incident Reports for the time period 2008 through April 25, 2011 and J.L.'s DYS file unredacted with regard to any identifying information with regard to juvenile J.L. Defendants may produce those reports redacted with regard to any identifying information with regard to any other juveniles. Defendants will not produce any materials from those reports or file identifying any

individual who contacted the hotline system or relating to the identity, diagnosis, prognosis, or treatment of any juvenile which are maintained in connection with the performance of any drug abuse prevention function.

3. Defendants will provide the materials referenced in paragraphs 1 and 2 of this order pursuant to a protective order.  The parties will submit either a joint proposed protective order or their own proposed protective order to the Court.

4. The Court denies the remainder of Defendants' Motion without prejudice.

_____
UNITED STATES DISTRICT JUDGE


Dated this _____ day of June, 2014